Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01707-CV

## IN THE INTEREST OF L.T.H., R.R.H., AND A.W.H., CHILDREN

## ORDER

The Court has before it appellee's September 11, 2012 third unopposed motion to extend time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by September 21, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

ELIZABETH LANG-MIERS
JUSTICE